UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

**STEPHANIE WISNIEWSKI,**

        **Plaintiff,**

**v.**
                              Case No. 5:15-CV-00706

**MERCANTILE ADJUSTMENT BUREAU INC**

        **Defendant.**
_____

### NOTICE OF PENDING SETTLEMENT

Defendant, Mercantile Adjustment Bureau LLC (MAB), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 12, 2016

                              Respectfully Submitted

                              <u>/s/ Michael Del Valle</u>
                              Michael Del Valle, Esq.
                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                              OF NEW YORK, LLC
                              New York Bar No.: 2753507
                              6225 Sheridan Drive, Suite 308
                              Williamsville, NY 14221
                              Telephone: (716) 625-7492
                              mdelvalle@sessions.legal
                              Attorneys for Defendant
                              Mercantile Adjustment Bureau, LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of February 2016, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael Del Valle
Attorney
